IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHRISTOPHER SIMMONS,<br><br>Plaintiff. | No. C 13-02959 EJD (PR)<br><br>ORDER ADMINISTRATIVELY<br>CLOSING CASE |

On June 26, 2013, Plaintiff, a state prisoner proceeding pro se, filed a letter to Judge Henderson complaining of prison conditions which was construed as an attempt to file a civil rights action under 42 U.S.C. § 1983.[1]  The same day, the Clerk of the Court sent Plaintiff a notice that he must file a complaint using the court's form complaint within twenty-eight days from the filing date of the notice to avoid dismissal.  (See Docket No. 2.)  Plaintiff was provided with a blank copy of the form complaint.  On June 20, 2013, Plaintiff responded with a letter to the Court, stating that he does not wish to file a civil suit at this time. (Docket No. 5.)

Good cause appearing, the Clerk shall ADMINISTRATIVELY CLOSE this case. Because this case was opened in error, no filing fee is due.

DATED:  8/7/2013

EDWARD J. DAVILA
United States District Judge

---

[1] The matter was reassigned to this Court on July 30, 2013.  (See Docket No. 7.)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE CHRISTOPHER SIMMONS,

    Plaintiff.

Case Number: CV13-02959 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 8/7/2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher Simmons P25328
California Medical Facility
P.O. Box 2000
N-322
Vacaville, CA 95696

Dated: 8/7/2013

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk